UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHAYNA LATHUS, an individual,

        Plaintiff - Appellant,

  v.

CITY OF HUNTINGTON BEACH, a
municipal entity,

        Defendant - Appellee.

No. 21-56197

D.C. No. 8:21-cv-00808-SB-DFM
U.S. District Court for Central
California, Santa Ana

**ORDER**

The reply brief submitted on June 30, 2022 is filed.

Within 7 days of this order, appellant is ordered to file 6 copies of the brief

in paper format with gray covers, accompanied by certification (attached to the end

of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The

address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-

1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7